**Opinion issued August 15, 2019**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-19-00303-CV

_____

**LEUREL RENEE THIBEAUX, Appellant**

**V.**

**CHI SZE, Appellee**

---

**On Appeal from the County Court at Law No. 5**
**Fort Bend County, Texas**
**Trial Court Case No. 18-CCV-063606**

---

### MEMORANDUM OPINION

Appellant, Leurel Renee Thibeaux, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE §§ 51.207, 51.941(a), 101.041; Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial

Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015).

On May 17, 2019, appellant was notified that this appeal was subject to dismissal. *See* TEX. R. APP. P. 5, 42.3(c). Appellant did not respond. Accordingly, we dismiss the appeal for nonpayment of all required fees. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Kelly, and Goodman.